UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | SACV21-00074 JLS (DFMx) | Date: | November 2, 2021 |
|---|---|---|---|
| Title | Artisanal Publishing LLC v. Biz Belly Corporation | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Nancy Boehme | CS 11/02/2021 |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Samareh Afrasiabi | Chong Roh |

**Proceedings:** **Motion for Attorneys' Fees [36]**

Cause called and counsel make their appearances. Court issues tentative ruling. Counsel argue motion. Court takes matter under submission.

                                                                                   : 10

Initials of Clerk   nb