John Tehranian (Bar No. 211616)
jtehranian@onellp.com
Samareh J. Afrasiabi (Bar No. 330369)
safrasiabi@onellp.com
**ONE LLP**
23 Corporate Plaza
Suite 150-105
Newport Beach, CA 92660
Telephone:   (949) 502-2870
Facsimile:    (949) 258-5081

Attorneys for Plaintiff
Artisanal Publishing LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTISANAL PUBLISHING LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>  v.<br><br>BIZ BELLY CORPORATION d/b/a GLOBALMART ONLINE SHOP; and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 8:21-cv-00074 JLS (DFMx)<br>Hon. Josephine L. Staton<br><br>**NOTICE OF WITHDRAWAL OF NOTICE OF VIOLATION TO PAY SANCTIONS REQUIRED BY COURT ORDER (DKT. 50)** |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE** that Plaintiff Artisanal Publishing LLC hereby withdraws their Notice of Violation to Pay Sanctions Required By Court Order filed on December 9, 2021, Dkt 50.

Dated:  December 10, 2021          **ONE LLP**

                         By: /s/ Samareh J. Afrasiabi
                             John Tehranian
                             Samareh J. Afrasiabi

                             Attorneys for Plaintiff
                             Artisanal Publishing LLC