# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | SACV 21-00074-JLS (DFMx) | Date | March 18, 2022 |
|---|---|---|---|
| Title | Artisanal Publishing LLC v. Biz Belly Corporation et al | | |

**PRESENT:**

**HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Sanareh Afrasiabi    Chong Roh

**PROCEEDINGS:**   **COHEN IP LAW GROUP'S MOTION TO WITHDRAW AS ATTORNEY FOR BIZ BELLY CORPORATION [33]**

Motion hearing held on Zoom. The Court and counsel discuss matters as stated on the record. The Court has a brief *in camera* discussion with counsel for defendant in which counsel for plaintiff was excused from the Zoom courtroom. The Court orders that the transcript of the *in camera* proceeding be maintained under seal until further order of the Court.

Upon reentry of plaintiff's counsel, the Court orders that that Motion is **GRANTED**. Further Order to issue.

                                                                        0 : 15

                                    Initials of Deputy Clerk   mku

cc: